**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**EVELYN MASON**                                               **PLAINTIFF**

**V.**                                                             **NO. 3:24-CV-172-DMB-RP**

**WAL-MART STORES EAST,**
**LP, et al.**                                                       **DEFENDANTS**

## ORDER OF RECUSAL

The undersigned district judge recuses from this case. The Clerk of the Court is directed to reassign this case to another district court judge.

**SO ORDERED**, this 14th day of June, 2024.

                                                                **/s/Debra M. Brown**
                                                                **UNITED STATES DISTRICT JUDGE**